UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 10-mj-172 LTS |
| v. | |
| MATTHEW J. KUC | |
| Defendant | |

## GOVERNMENT'S PRELIMINARY OPPOSITION TO DEFENDANT'S SECOND MOTION TO MODIFY CONDITIONS OF RELEASE

The government opposes, at least preliminarily, defendant's second motion for modification of the terms of his release in which the defendant asks the Court to reduce or eliminate the amount of his cash bond and asks for permission to sell two of the four cars that also have been posted as bond.

With respect to the cash bond, the Court established the $50,000 bond after review of the Pre-Trial Sentence Report and discussions with counsel regarding the defendant's significant assets. Frankly, $50,000 is only a small portion of the defendant's liquid assets, which include an estimated $30,000 in cash that defendant had at home when he was arrested. The cash bond is necessary to reasonably assure the defendant's appearance and should not be reduced or eliminated.

With respect to the two cars (a Lamborghini and a Porsche) that the defendant proposes to sell, the government believes that there may be a basis to seize one or both of the cars, and is exploring that option. More importantly, as the undersigned discussed with defense counsel (Mr. Sheketoff) on December 29, 2010, there may be a way to negotiate a resolution to this issue whereby the proceeds from the sale of one or both of the cars are deposited into an escrow account. The government understands that Mr. Sheketoff is out of the country until Wednesday, January 5, 2011

and asks the Court to defer ruling on the Motion until counsel have had time to confer and the government can prepare a more comprehensive response that may include the result of negotiations with Mr. Sheketoff.[1]

For the foregoing reasons, the government respectfully requests that the Court defer ruling on the defendant's Second Motion to Modify Conditions of Release until counsel have had time to confer, at which point the government will prepare a further response. In the alternative, the government requests that the Court deny the Motion.

                    Respectfully submitted,

                    CARMEN M. ORTIZ
                    United States Attorney

By:   */s/ Sarah E. Walters*
                    Scott L. Garland
                    Sarah E. Walters
                    Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                    */s/ Sarah E. Walters*
                    Assistant United States Attorney

Dated: December 30, 2010

---

[1] Although not relevant here, in both his first and second motions to modify the conditions of his release, the defendant alleges that he lost his job at Sensible Computers because federal agents told his employer to terminate him. The government disputes that allegation.