| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  North Attleboro    **Category No.** _I_    **Investigating Agency**  FBI

**City**  North Attleboro    **Related Case Information:**

**County**  Bristol    Superseding Ind./ Inf. _____   Case No.  _11-10014-DPW_

Same Defendant  X    New Defendant _____

Magistrate Judge Case Number    10-MJ-00172-LTS

Search Warrant Case Number    10-166-LTS

R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Matthew J. Kuc    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address    36 Laurelwood Drive, North Attleboro, MA

Birth date (Year only): _____  SSN (last 4 #):  6951  Sex  M  Race:    Caucasian    Nationality:  Unknown

**Defense Counsel if known:**    Robert L. Sheketoff    **Address: One McKinley Square**

**Boston, MA 02119**

**Bar Number:**    457340

**U.S. Attorney Information:**

**AUSA**   Walters/Garland    **Bar Number if applicable**  638378/650358

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Victims:** ☒ Yes ☐ No    **If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)** ☒ Yes ☐ No

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    December 14, 2010

☐ **Already in Federal Custody as** _____ in _____ .

☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**

☒ **On Pretrial Release:**   Ordered by  Magistrate Judge Sorokin    on    December 17, 2010

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**  6

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  January 19, 2011**    **Signature of AUSA:** _(signature)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Matthew J. Kuc _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1343 | Wire fraud | 1-5 |
| Set 2  18 U.S.C. § 2315 | Receipt, possession, storage of stolen property | 6 |
| Set 3  18 U.S.C. § 2 | Aiding and abetting | 1-6 |
| Set 4  18 U.S.C. § 981(a)(1)(C) | Forfeiture | N/A |
| Set 5  28 U.S.C. § 2461(c) | Forfeiture | N/A |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**