UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2011 JAN 20  A 9: 26

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Case No. 11-10014-DPW |
| MATTHEW J. KUC,  Defendant. | |

### CORPORATE DISCLOSURE STATEMENT
### BY THE UNITED STATES UNDER LOCAL RULE 112.4(B)

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned information:

> Dell, Inc., which the company reports has no parent company and of which Michael Dell is the only person, entity, or public corporation who owns 10% of its stock;
>
> Lenovo, which the company reports is ultimately owned by Lenovo Group Limited, a publicly-held company traded on the Hong Kong Exchange, and whose American Depositary Receipts are traded over-the-counter in the United States;
>
> Hewlett-Packard Company, which the company reports is a publicly-traded company with no single shareholder holding 10% or more of its stock; and
>
> 3Com Corporation, which Hewlett-Packard Company reports was a publicly-traded company that was delisted with the Securities and Exchange Commission on April 22, 2010, following its acquisition by Hewlett-Packard Company on

April 19, 2010. 3Com then merged into HP on April 29, 2010 with HP being the successor to the merger. As of April 29, 2010, 3Com ceased to exist.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Scott L. Garland

Scott L. Garland
Sarah E. Walters
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the clerk's office, will be sent electronically when it is posted on the ECF system to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served by mail on non-participants in the electronic filing system.

/s/ Scott L. Garland

Scott L. Garland
Assistant United States Attorney

Date: January 18, 2011