UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 11-10014-DPW |
| | ) | |
| | ) | |
| MATTHEW KUC | ) | |

**ASSENTED TO MOTION TO MODIFY
CONDITIONS OF RELEASE**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to modify his conditions of release to permit him to travel to New York State this holiday weekend to attend a wedding with his girl friend, leaving on Friday and returning on Monday or Tuesday.

The government assents to this motion.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 17th day of February, 2011 on A.U.S.A Sarah Walters.

/s/ Robert L. Sheketoff
Robert L. Sheketoff