UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  11-10014-DPW |
| | ) | |
| | ) | |
| MATTHEW KUC | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE
RE: EMPLOYMENT**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to modify his conditions of release concerning employment.  The defendant informed counsel that he had an employment opportunity and asked counsel to file an appropriate motion.  At the time counsel was on trial in a murder case in New Hampshire and was spending the work week there.  Counsel forgot to file the motion and the defendant was not notified by counsel that he should not start the employment.  When counsel became aware of this problem he notified Pretrial Services.

The defendant is a remote support systems administrator and needs the employment.

                                            Respectfully submitted,
                                            By his attorney,

                                            <u>/s/ Robert Sheketoff</u>
                                            Robert Sheketoff
                                            BBO# 457340
                                            One McKinley Square
                                            Boston, MA 02119
                                            (617)-367-3449

**CERTIFICATE OF SERVICE**

      I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 9th day of March, 2011 on A.U.S.A Sarah Walters.

                                                   /s/ Robert L. Sheketoff
                                                 Robert L. Sheketoff