UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW J. KUC,**<br><br>Defendant. | Criminal Case No. 11-CR-10014-DPW |

### GOVERNMENT'S OPPOSITION TO MODIFY CONDITIONS OF RELEASE RE: EMPLOYMENT

The United States opposes Defendant's motion to modify the conditions of his release so that he can accept or continue working on a job that involves computer repair.

Defendant's earlier "computer repair business" led to the seizure of dozens of boxes of warranty-replacement computer parts obtained by Defendant in other people's names, to his arrest, and to his indictment for fraud. Computer repair often requires the repairperson to contact computer companies for replacement parts, the subject of the indictment. Allowing this would additionally allow Defendant to contact the victims of his alleged fraud, in contravention to the standard condition of release that was entered in this case.

The United States therefore opposes the motion and asks that it be denied.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By:   */s/ Scott L. Garland*
Scott L. Garland
Sarah E. Walters
Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          */s/ Scott L. Garland*
          Scott L. Garland
          Assistant United States Attorney

Date:  March 10, 2011