UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                          ) | Criminal No. 11-10014-DPW |
| ) | |
| MATTHEW J. KUC,             ) | |
| Defendant.         ) | |

**<u>UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS</u>**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On January 19, 2011, a federal grand jury sitting in the District of Massachusetts returned a six-count Indictment charging defendant Matthew J. Kuc (the "Defendant") with Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Counts One through Five), and Receipt, Possession and Storage of Stolen Property in Interstate Commerce, in violation of 18 U.S.C. §§ 2315 and 2 (Count Six).  The Indictment also contained Forfeiture Allegations, which gave the Defendant notice that the United States sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. § 1343 or § 2315, of any property, real or personal, which constitutes, or is derived from, proceeds traceable to the commission of the offenses.

Pursuant to, and without limiting in any manner the Forfeiture Allegations of the Indictment, the United States hereby gives notice that it is seeking forfeiture of, without limitation, the following specific properties:

1. one yellow 2004 Lamborghini Gallardo, bearing Vehicle Identification Number ZHWGU11SX4LA01471 and Massachusetts Registration Number 16RB45;

2. one black 2002 Porsche 911, bearing Vehicle Identification Number WP0AB29942S685218 and Massachusetts Registration Number 699EB9;

3. $59,352.65 seized on or about January 24, 2011 from Rockland Trust Bank account number ******6477, held in the name of Matthew Kuc;

4. $2,818.28 seized on or about January 26, 2011 from Goldmark Federal Credit Union account number ****6000, held in the name of Matthew Kuc;

5. $17,617.79 seized from Bank of America account number ********8563, held in the name of Zofia Kuc; and

6. $5,632.84 seized on or about February 8, 2011 from E*Trade account number ******1916, held in the name of Matthew Kuc.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

By:   /s/ Veronica M. Lei
       SCOTT L. GARLAND
       SARAH E. WALTERS
       VERONICA M. LEI
       Assistant United States Attorneys
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210

Dated: April 20, 2011       (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

          /s/ Veronica M. Lei
          VERONICA M. LEI
Dated: April 20, 2011       Assistant U.S. Attorney