JS 45 (5/97) - (Revised U S D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** North Attleborough    **Related Case Information:**

**County** Bristol
- Superseding Ind./ Inf.: Superseding Ind.    Case No. 11-CR-10014-DPW
- Same Defendant: x    New Defendant:
- Magistrate Judge Case Number: 10-JM-00172-LTS
- Search Warrant Case Number: 10-166-LTS
- R 20/R 40 from District of:

**Defendant Information:**

**Defendant Name** Matthew J. Kuc    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) 36 Laurelwood Drive, North Attleborough, MA

**Birth date (Yr only):** ___ **SSN (last4#):** 6951   **Sex** M   **Race:** Caucasian   **Nationality:**

**Defense Counsel if known:** Robert L. Sheketoff, Esq.    **Address** One McKinley Square

**Bar Number** 457340    Boston, MA 02119

**U.S. Attorney Information:**

**AUSA** Scott L. Garland, Sarah E. Walters    **Bar Number if applicable** 650358/638378

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Magistrate Judge Sorokin on December 17, 2010

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 8, 2011    **Signature of AUSA:** /s/

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Matthew J. Kuc

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1-5 |
| Set 2 | 18 U.S.C. § 2315 | Receipt, Possession, Storage of Stolen Property | 6 |
| Set 3 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 7 |
| Set 4 | 18 U.S.C. § 2 | Aiding and Abetting | 1-7 |
| Set 5 | 18 U.S.C. §981(a)(1)(C) | Forfeiture | N/A |
| Set 6 | 28 U.S.C. § 2461(c) | Forfeiture | N/A |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  JS45 does not list the case numbers of various seizure warrants obtained related to this case.

cr js-45-MA2011 wpd - 3/25/2011