UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 11-10014-DPW |
| | ) |
| MATTHEW J. KUC, | ) |
| Defendant. | ) |

## ORDER FOR INTERLOCUTORY SALE

It is hereby ORDERED, ADJUDGED, and DECREED that:

The Motion for Interlocutory Sale of the following is allowed:

a. one yellow 2004 Lamborghini Gallardo, bearing Vehicle Identification Number ZHWGU11SX4LA01471 and Massachusetts Registration Number 16RB45; and

b. one black 2002 Porsche 911, bearing Vehicle Identification Number WP0AB29942S685218 and Massachusetts Registration Number 699EB9,

(collectively, the "Vehicles").

The United States Marshals Service (the "USMS") shall dispose of the Vehicles as provided by law.

Defendant Matthew Kuc shall promptly execute all documents necessary to transfer possession of, and clear title to, the Vehicles to the United States for the sole purpose of the interlocutory sale of the Vehicles.

The interlocutory sale of the Vehicles will take place on the following terms:

a. The USMS shall sell the Vehicles. The USMS shall arrange for, and shall have sole control of, the sale of the Vehicles, in accordance with the regulations prescribed by the Department of Justice and the policies regarding the disposition of the forfeited Vehicles. The USMS may, among other things, retain professionals in its reasonable best efforts to auction and sell the Vehicles at the highest possible price. The USMS shall have sole discretion in negotiating, accepting, and rejecting offers for the Vehicles.

b. The sale proceeds shall be distributed in the following manner and order:

    (i)    all costs and expenses, including storage costs, reasonably incurred by the United States and the USMS in auctioning and selling the Vehicles;

    (ii)    any amounts due to the lienholders pursuant to the expedited settlement agreements; and

    (iii)    any remaining net sale proceeds to be deposited into the Seized Asset Deposit Fund (the "SADF") until the conclusion of the criminal case.

c.    At the conclusion of all forfeiture proceedings relating to the Vehicles, the net proceeds held in the SADF will be disposed of according to law.

SO ORDERED AND ENDORSED:

*[signature]*

DOUGLAS P. WOODLOCK
United States District Judge

Date: JUL 1 4 2011