UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10014-DPW |
| | ) | |
| MATTHEW J. KUC, | ) | |
| Defendant. | ) | |

**UNITED STATES' AMENDED BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Amended Bill of Particulars for Forfeiture of Assets.

On June 8, 2011, a federal grand jury sitting in the District of Massachusetts returned a seven-count Superseding Indictment charging defendant Matthew J. Kuc (the "Defendant") with Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Counts One through Five), Receipt, Possession and Storage of Stolen Property in Interstate Commerce, in violation of 18 U.S.C. §§ 2315 and 2 (Count Six), and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A and 2 (Count Seven).  The Superseding Indictment also contained Forfeiture Allegations, which gave the Defendant notice that the United States sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. § 1343 or § 2315, of any property, real or personal, which constitutes, or is derived from, proceeds traceable to the commission of the offenses.

Pursuant to, and without limiting in any manner the Forfeiture Allegations of the Superseding Indictment, the United States hereby gives notice that it is seeking forfeiture of, without

limitation, the following specific properties:

1. one yellow 2004 Lamborghini Gallardo, bearing Vehicle Identification Number ZHWGU11SX4LA01471 and Massachusetts Registration Number 16RB45[1];

2. one black 2002 Porsche 911, bearing Vehicle Identification Number WP0AB29942S685218 and Massachusetts Registration Number 699EB9[2];

3. $59,352.65 seized on or about January 24, 2011 from Rockland Trust Bank account number ******6477, held in the name of Matthew Kuc;

4. $2,818.28 seized on or about January 26, 2011 from Goldmark Federal Credit Union account number ****6000, held in the name of Matthew Kuc;

5. $17,617.79 seized from Bank of America account number ********8563, held in the name of Zofia Kuc;

6. $5,632.84 seized on or about February 8, 2011 from E*Trade account number ******1916, held in the name of Matthew Kuc;

7. $1,378.33 seized on or about May 5, 2011 from Ally Bank checking account number ******7718 and Ally Bank savings account number ******7764, held in the name of Matthew Kuc; and

8. $1,100.74 seized on or about May 11, 2011 from E*Trade Savings Account Number ******5699, held in the name of Matthew Kuc.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   /s/ Veronica M. Lei
        SCOTT L. GARLAND
        SARAH E. WALTERS

---

[1] The government disposed of this asset pursuant to the Court's July 14, 2011 Order for Interlocutory Sale (Document No. 25). Sale proceeds have been deposited into the Seized Asset Deposit Fund, where the funds will be maintained until the conclusion of the criminal case.

[2] The government disposed of this asset pursuant to the Court's July 14, 2011 Order for Interlocutory Sale (Document No. 25). Sale proceeds have been deposited into the Seized Asset Deposit Fund, where the funds will be maintained until the conclusion of the criminal case.

|  |  |
|---|---|
|  | VERONICA M. LEI |
|  | Assistant United States Attorneys |
|  | U.S. Attorney's Office |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, MA 02210 |
| Dated: September 23, 2011 | (617) 748-3100 |

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
|  | /s/ Veronica M. Lei |
|  | VERONICA M. LEI |
| Dated: September 23, 2011 | Assistant U.S. Attorney |