```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,      )
       Plaintiff,          )
   v.                          )          CRIMINAL NO.
                                 )          11-10014-DPW
MATTHEW J. KUC,                )
       Defendant.          )

## NOTICE OF INITIAL PRETRIAL CONFERENCE

WOODLOCK, J.

   Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **on February 21, 2012 at 2:00 p.m.**, in **Courtroom 1, on the 3rd Floor of the John Joseph Moakley United States Courthouse in Boston** with Judge Woodlock.

   By **2/14/12**, the parties shall, **ELECTRONICALLY,** file a Joint Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested; 5) whether any defendant is in federal or state custody or on release; and 6) whether any defendant is a fugitive; and 7) any other matters which should be addressed at the conference.

                                                        BY THE COURT,

                                                        /s/ Jarrett Lovett
                                                          Deputy Clerk

DATE: 1/27/12