UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No.  11-CR-10014-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW J. KUC | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In advance of the February 21, 2012 Initial Pre-Trial Conference in this matter, the parties state as follows:

1. The defendant expects to file a motion to suppress on March 1, 2012.  The parties propose that the suppression motion be heard at the beginning of April, 2012.  Even if the suppression motion is allowed, the matter is likely to proceed to trial.  The parties propose July 9 or July 16 as possible trial dates.  The parties estimate that this trial will last approximately 8-10 trial days.

2. There are no pending motions.  As noted, the defendant intends to file a motion to suppress by March 1.

3. The parties do not expect to resolve any portion of this case short of trial.

4. The defendant does not request an interpreter.

5. The defendant is released pending trial.

6. The only defendant is not a fugitive.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CARMEN M. ORTIZ<br>United States Attorney | Robert Sheketoff<br>Counsel to Matthew Kuc |
| By: */s/ Sarah E. Walters*<br>    Sarah E. Walters<br>    Scott L. Garland<br>    Assistant U.S. Attorneys | By: */s/ Robert Sheketoff*<br>    Robert Sheketoff<br>    Law Office of Robert Sheketoff |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Sarah E. Walters*
Assistant United States Attorney

Dated: February 14, 2012