UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )      Crim. No. 11-CR-10014-DPW
                               )
            v.                 )
                               )
MATTHEW J. KUC                 )
                               )
            Defendant          )
_____)
```

**GOVERNMENT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITIONS TO DEFENDANT'S MOTIONS TO SUPPRESS**

The government, through the undersigned Assistant U.S. Attorneys, requests an enlargement of time, until April 5, 2012, to respond to the two motions to suppress filed by defendant Matthew Kuc. (Dkt. Nos. 42, 43). The government's Oppositions are currently due on March 15. The defendant assents to this Motion.

As grounds for this Motion, the government states as follows:

1. On March 1, 2012, the defendant filed two separate motions to suppress, one challenging the validity of the search warrant executed at the defendant's home in December 2010 and a second seeking to suppress statements made to law enforcement agents during that search. In support of the latter motion, the defendant submitted an affidavit in which he made several claims about the manner in which law enforcement agents conducted the search and the interview of the defendant and also made claims regarding the timing of his statements.

2. The government intends to oppose both motions and is in the process of interviewing the agents that participated in the 2010 search in order to respond to the claims made in the defendant's affidavit.

3.      The requested extension is needed to allow the government to complete its interviews, prepare any necessary affidavits and complete its memoranda in opposition to the motions while also attending to counsel's other work obligations.

WHEREFORE, the government respectfully requests that the Court ALLOW this Assented-to Motion and extend the time in which the government must respond to the motions to suppress to April 5.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     */s/ Sarah E. Walters*
        Scott L. Garland
        Sarah E. Walters
        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Sarah E. Walters*
Assistant United States Attorney

Dated: March 9, 2012