# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|                              |   |                              |
|------------------------------|---|------------------------------|
| **UNITED STATES OF AMERICA** |   |                              |
| v.                           |   | CRIMINAL No. 11-10014-DPW    |
| **MATTHEW KUC**              |   |                              |
| **Defendant**                |   |                              |

## GOVERNMENT'S WITHDRAWAL OF OPPOSITION TO MOTION TO SUPPRESS STATEMENTS

Defendant Matthew Kuc has moved to suppress two statements he made during the execution of a search warrant at his home on December 14, 2010. The Government filed an opposition to the motion with regard to one of these statements, and did not oppose the motion with regard to the other statement. Although the Government continues to disagree with the factual assertions in Defendant Matthew Kuc's supporting affidavit, the Government no longer intends to oppose the motion to suppress statements with regard to either statement. The Government has informed Defendant's counsel that it no longer intends to oppose this motion. The Government maintains that there are no fruits of either statement.

The Government will continue to oppose Kuc's motion to suppress the evidence and fruits of a search conducted at his home pursuant to a search warrant. This motion is scheduled for oral argument tomorrow, Wednesday, May 23, 2012 at 11:30 a..m.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   <u>*/s/ Amy Harman Burkart*</u>
      AMY HARMAN BURKART
      SCOTT L. GARLAND
      Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                            */s/ Amy Harman Burkart*
                                            AMY HARMAN BURKART
                                            Assistant United States Attorney

Dated: May 22, 2012