**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

      **v.**                                      Case No.  11-10014-DPW

**MATTHEW J. KUC,**

        **Defendant**

## GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS

In addition to the Court's standard *voir dire* of the jury, the Government asks the Court to include the following questions:

1. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2. Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3. Are you, a family member, or someone close to you employed by any law enforcement agency?

4. Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with a law enforcement official or with the criminal justice system that might influence your consideration of this case?

5. This case involves the defendant's alleged fraud on computer equipment companies that include Dell, Hewlett-Packard, also known as 'HP,' Lenovo, 3Com, and Schneider/APC.

    a. Have you, a family member, or someone close to you ever worked for, done business with, or been in litigation with any of these companies?

    b. Have you, a family member, or someone close to you, either through any experience that you have had, or anything that you have seen or read, developed any

        bias or prejudice, either for or against any of these companies?

6. This case involves allegations that the defendant schemed to defraud these companies by asking them to replace defective computer equipment under their warranty replacement programs, when he did not own the equipment, was not authorized to service the equipment, or did not have the equipment.

    a. Have you, a family member, or someone close to you had any educational or business experience with computer equipment and their warranty replacement programs?

    b. Do you have any experience with computer equipment companies or their warranty replacement programs that would affect your ability to be a fair and impartial juror in this case?

7. Have any of you formed an opinion that the government should not prosecute someone who does not steal money, but rather obtains products from a company through fraud or deception?

    a. In this case, the products are computer parts allegedly obtained by deception from computer companies under their warranty replacement programs. Do any of these facts change your opinion?

8. Have any of you formed an opinion that the federal government should not prosecute cases involving alleged fraud against large companies or possession of stolen property?

9. Have you, a family member, or someone close to you ever accused someone of stealing or defrauding someone of their money or property?

10. Have you, a family member, or someone close to you ever stolen or defrauded

someone of their money or property, or been accused of doing so?

                                             Respectfully submitted,

                                             CARMEN M. ORTIZ
                                             Acting United States Attorney

                               By:     */s/ Scott L. Garland*
                                             Scott L. Garland
                                             Amy Harman Burkart
                                             Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

       I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  June 4, 2012                            */s/ Scott L. Garland*
                                             Assistant U.S. Attorney