UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 11-CR-10014-DPW |
| ) | |
| MATTHEW J. KUC ) | |

## DISMISSAL OF
## COUNT THREE OF THE SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses Count Three of the Superseding Indictment charging Defendant Matthew J. Kuc with wire fraud, in violation of 18 U.S.C. § 1343. Defendant does not object to the dismissal of Count Three. The United States intends to prosecute the remaining charges.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

June 15, 2012
Date

By: _____
JAMES LANG,
Chief, Criminal Division
JOHN T. McNEIL
Deputy Chief, Criminal Division

_____
Scott L. Garland
Amy Harman Burkart
Assistant U.S. Attorneys

Leave to File Granted:

_____
Douglas P. Woodlock, Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and therefore will be sent electronically to the registered participants as identified on the Notice of Electronic Filing

/s/ Scott L. Garland
Scott L. Garland
Assistant United States Attorney

Date: June 15, 2012