UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  11-10014-DPW |
| | ) | |
| MATTHEW KUC | ) | |

**OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE RE: PRECLUDING DEFENDANT FROM ADMITTING EVIDENCE**

Now comes the defendant in the above-named case and respectfully notes his opposition to the government's motion in limine concerning his argument "that the victims could have avoided his fraud by scrutinizing requests for warranty replacement parts more carefully" and "by being more assiduous in billing Defendant for parts not returned."  The defendant agrees that the alleged victim's gullibility is not a defense, but asserts that the government must prove an intent to defraud.  Evidence and argument on this issue can not be precluded consistent with the defendant's constitutional rights.  The notice to bill for parts not returned sent by the alleged victim to the defendant is highly relevant to the defendant's intent to defraud to defraud.

> Respectfully submitted,
> By his attorney,
> /s/ Robert Sheketoff
> Robert Sheketoff
> BBO# 457340
> One McKinley Square
> Boston, MA 02119
> (617)-367-3449

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 15th day of June, 2012 on A.U.S.A Scott Garland.

> /s/ Robert L. Sheketoff

R   Robert L. Sheketoff