UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-CR-10014-DPW |
| | ) | |
| MATTHEW J. KUC | ) | |

DISMISSAL OF
COUNT THREE OF THE SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses Count Three of the Superseding Indictment charging Defendant Matthew J. Kuc with wire fraud, in violation of 18 U.S.C. § 1343. Defendant does not object to the dismissal of Count Three. The United States intends to prosecute the remaining charges.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

June 15, 2012
Date

By: /s/ James Lang
JAMES LANG,
Chief, Criminal Division
JOHN T. McNEIL
Deputy Chief, Criminal Division

/s/ Scott L. Garland
Scott L. Garland
Amy Harman Burkart
Assistant U.S. Attorneys

Leave to File Granted:

/s/ Douglas P. Woodlock
Douglas P. Woodlock, Judge
United States District Court