| UNITED STATES OF AMERICA v. MATTHEW J. KUC | | | | | | ASSISTANT U.S. ATTORNEYS: Amy Harman Burkart & Scott L. Garland | |
|---|---|---|---|---|---|---|---|
| **CASE NO.: 11-10014-DPW** | | | | | | | |
| **EXHIBIT LIST** | | | | | | | |
| Exhibit Offered By: | Exhibit Number | Exhibit Letter | Marked [Yes/No] | Admitted [Yes/No] | Description of Exhibit | Offered through Witness: | Date Admitted |
| | | | | | **DELL EXHIBITS** | | |
| Government | 001 | | | | Chat Session Related to Count 1 | Robert Long | |
| Government | 002 | | | | Chat Session Related to Count 2 | Robert Long | |
| Government | 003 | | | | Chat Session Related to Count 3 | Robert Long | |
| Government | 004 | | | | Chat Session Related to Count 4 | Robert Long | |
| Government | 005 | A | | | Record of Items Sent to 36 Laurelwood Drive (Spreadsheet - Condensed) | Robert Long | |
| Government | 006 | B | | | Record of Items Sent to 247 Maple Street (Spreadsheet - Condensed) | Robert Long | |
| Government | 007 | C | | | Record of Items Sent to 2130 Mendon Road (Spreadsheet - Condensed) | Robert Long | |
| Government | 008 | D | | | Record of Items Sent to 42 Union Street (Spreadsheet - Condensed) | Robert Long | |
| | | | | | **HEWLETT-PACKARD/3Com EXHIBITS** | | |
| Government | 009 | E | | | Record of Items Sent to Addresses Associated with Defendant (Spreadsheet - Condensed) | Joseph Fallon | |
| Government | 010 | | | | HP Shipping Label for Parts to Be Returned | Joseph Fallon | |
| Government | 011 | F | | | True Data Invoice Provided to HP | Joseph Fallon | |
| Government | 012 | | | | Video of Delivery to Matt Kuc | Joseph Fallon | |

| UNITED STATES OF AMERICA v. MATTHEW J. KUC | | | | | | ASSISTANT U.S. ATTORNEYS: Amy Harman Burkart & Scott L. Garland | |
|---|---|---|---|---|---|---|---|
| CASE NO.: 11-10014-DPW | | | | | | | |
| **EXHIBIT LIST** | | | | | | | |
| Exhibit Offered By: | Exhibit Number | Exhibit Letter | Marked [Yes/No] | Admitted [Yes/No] | Description of Exhibit | Offered through Witness: | Date Admitted |
| | | | | | **LENOVO EXHIBITS** | | |
| Government | 013 | G | | | Record of Items Sent to Addresses Associated with Kuc (Spreadsheet - Condensed) | William Atwell | |
| Government | 014 | H | | | Do Not CRU List | William Atwell | |
| Government | 015 | | | | Invoices for Non-Returned Parts & Summaries | William Atwell | |
| | | | | | | | |
| | | | | | **VARIOUS COMPANY EXHIBITS** | | |
| Government | 018 | | | | Ebay/PayPal- Bidding Activity Spreadsheet | Tom Zappala | |
| Government | 019 | K | | | Ebay/PayPal - Listing Activity Spreadsheet | Tom Zappala | |
| Government | 020 | L | | | Ebay/PayPal--Total Asset Recovery (Website Printouts by Ken McCarthy) | Ken McCarthy | |
| Government | 021 | | | | UPS Delivery Chart of Pickups from Kuc Residence (1st and Last Page) | Tom Zappala | |
| Government | 022 | | | | UPS Copies of Photographs of IDs Left by Kuc and His Father | April Williams | |
| Government | 023 | M | | | Vonage Records of Phone Numbers | Tom Zappala | |
| | 024-025 | | | | *RESERVED* | | |

| **UNITED STATES OF AMERICA v. MATTHEW J. KUC** | | | | | | **ASSISTANT U.S. ATTORNEYS:** Amy Harman Burkart & Scott L. Garland | |
|---|---|---|---|---|---|---|---|
| **CASE NO.: 11-10014-DPW** | | | | | | | |
| **EXHIBIT LIST** | | | | | | | |
| **Exhibit Offered By:** | **Exhibit Number** | **Exhibit Letter** | **Marked [Yes/No]** | **Admitted [Yes/No]** | **Description of Exhibit** | **Offered through Witness:** | **Date Admitted** |
| | | | | | SUMMARY/ANALYSIS OF COMPANY EXHIBITS | | |
| Government | 026 | N | | | Schedule of Wire Fraud Counts (Extracted from Dell Spreadsheets) | Tom Zappala | |
| Government | 027 | O | | | Summary/Analysis of Number of Orders by Vendor and Address | Tom Zappala | |
| Government | 028 | P | | | Summary/Analysis of Number of Orders by Quarter by Vendor to Each Address | Tom Zappala | |
| Government | 029 | Q | | | Summary/Analysis of Dell Shipments to Francisco Samuel or Name Variations | Tom Zappala | |
| Government | 030 | R | | | Summary/Analysis of Name Variations Using Names in Exhibit 049 | Tom Zappala | |
| Government | 031 | S | | | Summary/Analysis of Address Variations for Mendon Road | Tom Zappala | |
| Government | 032 | T | | | Summary Analysis of Cost of Items Found at 36 Laurelwood | Tom Zappala | |
| | 033-040 | | | | *RESERVED* | | |
| | | | | | | | |
| | | | | | PHOTOGRAPHS OF DELL EQUIPMENT AT ISSUE IN CHARGED WIRE FRAUD COUNTS | | |
| Government | 041 | | | | Photographs of Equipment and Service Tag (Count 1) | Michael Wisener | |
| Government | 042 | | | | Photographs of Equipment and Service Tag (Count 2) | Morgan Backhaus | |

| UNITED STATES OF AMERICA v. MATTHEW J. KUC | | | | | | ASSISTANT U.S. ATTORNEYS: Amy Harman Burkart & Scott L. Garland | |
|---|---|---|---|---|---|---|---|
| CASE NO.: 11-10014-DPW | | | | | | | |
| **EXHIBIT LIST** | | | | | | | |
| Exhibit Offered By: | Exhibit Number | Exhibit Letter | Marked [Yes/No] | Admitted [Yes/No] | Description of Exhibit | Offered through Witness: | Date Admitted |
| Government | 043 | | | | Photographs of Equipment and Service Tag (Count 3) | Ben Rubin | |
| Government | 044 | | | | Photographs of Equipment and Service Tag (Count 4) | Mark Olsen | |
| | | | | | **EXHIBITS FROM SEARCH (Originals)** | | |
| Government | 045 | | | | 4 HP Packing Slips for Materials to "Rick Naples" at "Lavrelwood Dr." | Sarah DeLair | |
| Government | 046 | | | | "Stop" Sign with Dell Instructions for Returning Materials | Sarah DeLair | |
| Government | 047 | | | | 1 Dell Packing Slip for Materials sent to "Matt Cook" at "Iron Data" "2130 Mendon Rd." and "42 Union St" | Sarah DeLair | |
| Government | 048 | | | | 1 IBM Shipping Order for Monitor Sent to "Francisco Samuel" (Box at Search) | Sarah DeLair | |
| Government | 049 | U | | | Notebook Found at House | Sarah DeLair | |
| Government | 050 | | | | Photograph of Front Room | Sarah DeLair | |
| Government | 051 | | | | Photograph of Laptops | Sarah DeLair | |
| Government | 052 | | | | Photographs of Unassembled Boxes | Sarah DeLair | |
| Government | 053 | | | | Photograph of Work Area | Sarah DeLair | |
| Government | 054 | | | | Photograph of Work Area - Closeup | Sarah DeLair | |
| Government | 055 | | | | Photograph of Addition & Boxes | Sarah DeLair | |
| Government | 056 | | | | Photograph of Box Addressed to Francisco Samuel | Sarah DeLair | |

| UNITED STATES OF AMERICA v. MATTHEW J. KUC | | | | | | ASSISTANT U.S. ATTORNEYS: Amy Harman Burkart & Scott L. Garland | |
|---|---|---|---|---|---|---|---|
| CASE NO.: 11-10014-DPW | | | | | | | |
| **EXHIBIT LIST** | | | | | | | |
| Exhibit Offered By: | Exhibit Number | Exhibit Letter | Marked [Yes/No] | Admitted [Yes/No] | Description of Exhibit | Offered through Witness: | Date Admitted |
| Government | 057 | | | | Photograph of Ebay Certificate/Total Asset Recovery | Sarah DeLair | |
| Government | 058 | | | | Photograph of Total Asset Recovery Checkbook | Sarah DeLair | |
| Government | 059 | | | | Photograph of Stock Certificate/Cyon Data Systems | Sarah DeLair | |
| Government | 060 | | | | Spreadsheet of Boxes of Merchandise Found at House | Sarah DeLair | |
| Government | 061 | | | | Box Found at House | Sarah DeLair | |
| Government | 062 | | | | Box Found at House | Sarah DeLair | |
| Government | 063 | | | | Box Found at House | Sarah DeLair | |
| Government | 064 | | | | Box Found at House | Sarah DeLair | |
| Government | 065 | | | | Box Found at House | Sarah DeLair | |
| Government | 66 | | | | UPS Contract Found at House | Sarah DeLair | |
| | 067-069 | | | | *RESERVED* | | |
| | | | | | | | |
| | | | | | **EXHIBITS FROM COMPUTER** | | |
| Government | 070 | V | | | Address Text File | Emmanuel Velasco | |
| Government | 071 | W | | | Dell Websites | Emmanuel Velasco | |
| Government | 072 | X | | | Lenovo Websites | Emmanuel Velasco | |
| Government | 073 | Y | | | Model Invoice Form | | |
| Government | 074 | Z | | | Recovered HP Support Chats (2) | Emmanuel Velasco | |
| Government | 075 | AA | | | Scripts for Parts (8) | Emmanuel Velasco | |
| Government | 076 | BB | | | Voicemail from Dell Rep to Dan Clark - Reminder to Return | Emmanuel Velasco | |

| UNITED STATES OF AMERICA v. MATTHEW J. KUC | | | | | | ASSISTANT U.S. ATTORNEYS:<br>Amy Harman Burkart &<br>Scott L. Garland | |
|---|---|---|---|---|---|---|---|
| CASE NO.: 11-10014-DPW | | | | | | | |
| **EXHIBIT LIST** | | | | | | | |
| Exhibit Offered By: | Exhibit Number | Exhibit Letter | Marked [Yes/No] | Admitted [Yes/No] | Description of Exhibit | Offered through Witness: | Date Admitted |
| Government | 077 | CC | | | Voicemail from Dell Rep to Dan Clark - Unable to Deliver | Emmanuel Velasco | |
| Government | 078 | DD | | | Voicemail from HP to "Tom" | Emmanuel Velasco | |
| Government | 079 | EE | | | Voicemail from HP to Francisco Samuel | Emmanuel Velasco | |