UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


FILED
In Open Court
USDC, Mass.
Date 6/25/12
By JARRETT LOVETT
Deputy Clerk

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Case No. 11-CR-10014-DPW |
| MATTHEW J. KUC,<br>Defendant. | |

## FACTUAL STIPULATIONS

The parties agree that on various dates and times between February 2010 and November 2010, according to records from Comcast and Yahoo, the IP address 76.19.186.143 was assigned to 36 Laurelwood Dr., North Attleborough, Massachusetts.

SO STIPULATED

_____
Matthew J. Kuc
Defendant

_____
Robert L. Sheketoff, Esq.
Counsel for Defendant Matthew J. Kuc

CARMEN M. ORTIZ
United States Attorney

By: _____
Scott L. Garland
Amy Harman Burkart
Assistant U.S. Attorneys

1