UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No.  11-10014-DPW |
| ) | |
| MATTHEW KUC ) | |

**MOTION FOR RETURN OF BAIL**

Now comes the defendant Matthew Kuc and respectfully moves this Honorable Court to order returned to defense counsel the funds posted as bail for the defendant's release in this case.

In support thereof the defendant says that he has been detained following the jury verdicts of guilty in this case and that he assigned his right to his posted bail to defense counsel in January of 2011.

> Respectfully submitted,
> By his attorney,
>
> /s/ Robert Sheketoff
> Robert Sheketoff
> BBO# 457340
> One McKinley Square
> Boston, MA 02119
> (617)-367-3449

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 3rd day of July, 2012 on A.U.S.A Scott Garland.

R
> /s/ Robert L. Sheketoff
> Robert L. Sheketoff