UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  11-10014-DPW |
| | ) | |
| MATTHEW KUC | ) | |

**MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the defendant Matthew Kuc and respectfully moves this Honorable Court to enter judgments of acquittal in the above-named case at the conclusion of the government's evidence on the grounds that the government has failed to meet its burden as a matter of law.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert L. Sheketoff
One Mckinley Sq.
Boston, MA  02109
(617) 367-3449
BBO # 457340

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 3rd day of July, 2012 on A.U.S.A Scott Garland.

/s/ Robert L. Sheketoff
Robert L. Sheketoff