UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10014-DPW |
| | ) | |
| MATTHEW J. KUC, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO CONTINUE**
**JULY 10, 2012 DEADLINE FOR FORFEITURE SUBMISSION**

The United States of America, by its attorney, Carmen M. Ortiz, United States

Attorney for the District of Massachusetts, with the assent of defendant Matthew J. Kuc,

respectfully moves this Court to continue the deadline for submissions regarding forfeiture,

currently set for July 10, 2012, to July 24, 2012.  In support of this motion, the government states

as follows:

1.      On June 8, 2011, a federal grand jury sitting in the District of Massachusetts

returned a seven-count Superseding Indictment charging defendant Matthew Kuc (the

"Defendant") with Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Counts One through

Five), Receipt, Possession, and Storage of Stolen Properties in Interstate Commerce, in violation

of 18 U.S.C. §§ 2315 and 2 (Count Six), and Aggravated Identity Theft, in violation of 18 U.S.C.

§§ 1028A and 2 (Count Seven).  *See* Docket No. 22.

2.      The Superseding Indictment also contained a forfeiture allegation, pursuant to 18

U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c),which provided notice that the United States

sought the forfeiture, upon conviction of the Defendant of  any offense in violation of 18 U.S.C.

§ 1343 or § 2315 of any property, real or personal, which constitutes, or is derived from,

proceeds traceable to the commission of the offenses.  *Id.* at 8.

3.      On September 23, 2011, the United States filed an Amended Bill of Particulars
for Forfeiture of Assets, providing notice of specific property that the government intended to
forfeit pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c) as a result of violations of
18 U.S.C. § 1343 or § 2315.  *See* Docket No. 34.  The Amended Bill of Particulars identified any
property, real or personal, which constitutes, or is derived from, proceeds traceable to the
commission of the offenses, specifically naming certain assets.

4.      On June 15, 2012, the Court granted the United States' Motion to Dismiss Count
Three of the Superseding Indictment, charging the Defendant with Wire Fraud, in violation of 18
U.S.C. § 1343.  *See* Docket No. 60.  Thereafter, on June 27, 2012, the government submitted an
Indictment for Jury Use, which omitted the dismissed count, among other matters that were not
to be decided by the jury.  *See* Docket No. 64.  The Indictment for Jury Use charges Defendant
with Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Counts One through Five), Receipt,
Possession, and Storage of Stolen Properties in Interstate Commerce, in violation of 18 U.S.C.
§§ 2315 and 2 (Count Six), and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A
and 2 (Count Seven).

5.      On June 28, 2012, after a four-day jury trial, a jury found the Defendant guilty on
Counts One through Six of the Indictment for Jury Use.  *See* Docket No. 65.

6.      On June 29, 2012, this Court ordered that all submissions regarding forfeiture be
provided by July 10, 2012.

7.      The United States anticipates filing a Motion for Money Judgment and
Preliminary Order of Forfeiture.  Such a Motion will most likely include an analysis of financial
data, charts and an affidavit.  Due to the volume of financial data and complexity of the

information, the government seeks an additional two weeks by which to submit its Motion for

Money Judgment and Preliminary Order of Forfeiture.

8.      Defendant, through his counsel, assents to the government's Motion to Continue.

9.      The proposed continuance will not impose delay on the progress of the litigation,

nor will Defendant be prejudiced.

WHEREFORE, the United States, with defendant Matthew Kuc's assent, respectfully

requests that the Court continue the deadline for submissions regarding forfeiture, currently set

for July 10, 2012, to July 24, 2012.


                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney,

                    By:     /s/ Veronica M. Lei
                              SCOTT L. GARLAND
                              AMY H. BURKART
                              VERONICA M. LEI
                              Assistant United States Attorneys
                              U.S. Attorney's Office
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Dated: July 6, 2012           (617) 748-3100


## LOCAL RULE 7.1 CERTIFICATION

I, Veronica M. Lei, Assistant U.S. Attorney, hereby certify that I conferred with counsel
for the Defendant, and that Defendant assented to the relief requested in this motion.


                               /s/ Veronica M. Lei
                              Veronica M. Lei
                              Assistant U.S. Attorney

Dated: July 6, 2012

## <u>CERTIFICATE OF SERVICE</u>

I, Veronica M. Lei, Assistant U.S. Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

 /s/ Veronica M. Lei

Veronica M. Lei

Date: July 6, 2012