UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Cr. No.  11-10014-DPW |
| | ) |
| MATTHEW KUC | ) |

## MOTION FOR RETURN OF BAIL

Now comes the defendant Matthew Kuc and respectfully moves this Honorable

Court to order returned to defense counsel the funds posted as bail for the defendant's

release in this case.

In support thereof the defendant says that he has been detained following the jury

verdicts of guilty in this case and that he assigned his right to his posted bail to defense

counsel in January of 2011.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

## CERTIFICATE OF SERVICE

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served
electronically this 3rd day of July, 2012 on A.U.S.A Scott Garland.

/s/ Robert L. Sheketoff
R                                        Robert L. Sheketoff

7/19/12 . ALLOWED and SO ORDERED

Douglas P. Woodlock,
U.S.D.J.

DOCKETED