UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 11-10014-DPW |
| | ) | |
| | ) | |
| MATTHEW KUC | ) | |

**MOTION TO CONTINUE SENTENCING DATE AND TO LATE FILE OBJECTIONS TO THE PRESENTENCE REPORT**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to continue the sentencing date in this case and permit him to late file objections to the Presentence Report. In support thereof the defendant says that his counsel missed the email from Probation that contained the draft report and did not become aware that he missed it until the saw the government's response.

The government does not object to this motion.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 6th day of September, 2012 on A.U.S.A Scott Garland.

/s/ Robert Sheketoff
Robert Sheketoff