HP Confidential

**Investigative Report**

**Brand Protection and Investigative Center of Excellence**



**Case #:** WF-2009-NA-0073

**Subject:** Matthew Kuc, 36 Laurelwood Drive, North Attleboro, MA

**Date:** August 18, 2009

**Case Manager:** Joseph M. Fallon

### Basis:

On July 9, 2008 George Mellen, HP ProCurve Networking Business stated that a person who claims to be Tad Cuk or Matt Cook of 36 Laurelwood Drive, North Attleboro, MA 02769 has made 38 questionable warranty claims from April 29, 2008 to July 8, 2008. Mellen stated that when he contacted Cuk and asked him for a proof of purchase $8,398.00 ProCurve Switch. Cuk sent a Proof of purchase from True Data Inc, 42 Union Street, Attleboro, MA a company Mellen can not locate on the internet.

### Results of Investigations:

Matthew Kuc who resides with his father, Tadeusz Kuc at 36 Laurelwood Drive, North Attleboro, MA has fraudulently obtained $114,873.53 in parts from HP. Kuc contacts HP Customer Service and claims he has problems with various HP products that are under warranty. HP either sends out a product replacement or a customer self repair part to Kuc with the requirement that Kuc return the defective product or part. Kuc has failed to return 140 parts and products and has provided a bogus Proof of Purchase to HP when asked to prove ownership of the products he is making warranty claims on. Kuc has used the following alias during his scheme, Mark Conell and Matt Cook. Kuc has used the following companies Bio IT, One Stop IT, Ideal Computer, Total IT, CDS IT, Mark Conell-ISPE and Mark Connel. Kuc used his residence in North Attleboro, MA and his employers address in Attleboro, MA to carry out this scheme.

### Details of Investigations:

On July 9, 2008 George Mellen, HP ProCurve Networking Business stated that a person who claims to be Tad Cuk or Matt Cook of 36 Laurelwood Drive, North Attleboro, MA 02769 has made 38 questionable warranty claims from April 29, 2008 to July 8, 2008. Mellen stated that when he contacted Cuk and asked him for a proof of purchase $8,398.00 ProCurve Switch. Cuk sent a Proof of purchase from True Data Inc, 42 Union Street, Attleboro, MA dated Feb. 16, 2006 (Exhibit 1). Mellen stated that he could not locate on the Internet a True Data Inc. at the address provided.

On July 9, 2008 George Mellen, HP ProCurve Networking Business provided a list of the 39 parts totaling $22,312.71 that were sent to Tad Cuk, Tad Cook and Matt Cook at 36 Laurelwood Drive, North Attleboro, MA (Exhibit 2).

MK001915

ROM :                          FAX NO. :15089236517           Dec. 23 2009 02:38PM  P3
HP Confidential

On August 17, 2009 George Mellen, ProCurve Networking Business provided the warranty costs of the following Pro Curve parts J4906-69101, $616.23; J8474-69101, $384.16 and J8693-69001, $794.54 (Exhibit 3).

On August 18, 2009 HP Investigator Fallon obtained all 39 customer service contacts involving the 39 parts sent to 36 Laurelwood Drive, North Attleboro, MA from HP's WFM Search Tool, ISS Engineering Problem Management and Analysis (Exhibit 4)

On July 31, 2008 HP Investigators Joe Fallon and Dennis Leahy visited 36 Laurelwood Dr, N. Attleboro, MA, a private residence. Mr. Tad Cuk said that Matt Cook was his son in law and was presently flying back from California this day. Mr. Cuk said that Matt Cook was a sub contractor in the computer business. When Mr. Cuk was advised that some 29 warranty claims totaling over $20,000 were in his name Mr. Cuk stated that English was his second language and stated that we have to speak with Matt. There is no business located at 36 Laurelwood Dr., it is a residential address. Investigator Leahy left his business card with Mr. Cuk and asked that Matt Cook call him. Mr. Cuk stated that he would attempt to telephonically contact Mr. Cook.

No telephone calls have been received from Mr. Cook or Kuc to date.

On July 31, 2008 an address check was conducted at 42 Union St, Attleboro, MA, invoice address of True Data. The address has 5 businesses located at this address, and we interviewed persons at four of them all who did not know Matt Cook or Tad Cuk or any of the IT companies listed: Bio IT, One Stop IT, Ideal Computer. The fifth company was a small woodworking company and was closed.

On July 31, 2008 a visit was made to True Data Inc., 775 Quaker Highway, Uxbridge, MA, to verify the invoice provided to HP concerning True Data, Inc. Investigators Fallon and Leahy spoke to Mark Rockwell, owner of True Data and his brother. Both said that the invoice was fraudulent and that they only repair laptops and desktops and have never been located at 42 Union St, Attleboro, MA.

On August 1, 2008 HP Investigator Dennis Leahy placed the following on HP's do not send list. SAP with Service Delivery Instructions which stated the following; That all technical services, parts, labor etc be denied to: Ideal Computer, One Stop IT, Matt Cook, Tad Cuk, Bio IT, 36 Laurelwood Dr, N. Attleboro, MA, and Tech1@cyonds.com. The service instructions instructions requested that Matt Cook contact HP Investigators Joe Fallon or Dennis Leahy.

On March 20, 2009 Lori Fontaine, Program Manager for HP Contractor, OnProcess Technology stated that a Individual who calls himself variations of Mark Conell has been shipped 85 parts under warranty worth $77,692 and has not returned any of the alleged defective parts as required. Fontaine stated that all of the parts have been shipped to 247 Maple Street, Attleboro, MA From January 13, 2009 to August 6, 2009. Fontaine stated that she has made several attempts to contact Conell but he has never returned any of her telephone calls. (Exhibit 5)

On April 10, 2009 HP Investigator Joe Fallon and Dennis Leahy conducted an Address check at 247 Maple Street, Attleboro, MA (Exhibit 6). The address is a business location in which United Way of Greater Attleboro/Taunton, MayInstitute Corner Club and Sensible Computer Supplies share the same building. There is no listing for CDS IT or Mark Conell. HP Investigators Fallon and Leahy interviewed Ruth an employee of Sensible Computer and Supplies. Ruth stated that there is no one by the name of Mark Conell at Sensible Computers but there is a Matthew Kuc. Ruth stated that Matthew Kuc of North Attleboro, MA is a twenty something male who works part time for Sensible Computer Supplies. Ruth pointed to a newspaper article on the wall that discloses Matt Kuc's expertise in fixing computers and computer programming. Ruth stated that she will contact Kuc and advise him to contact the HP Investigators. Ruth also stated that she

MK001916

# TRUE DATA INC.

*Your Company Slogan*

JNION STREET  
iLEBORO, MA 02703

**DATE:** FEB 16 2006  
**INVOICE #** 39942  
**FOR:** SWITCH UPGRADES

**Bill To:**  
BIO IT  
36 LAUREL-WOOD DRIVE  
DOOR #1  
NORTH ATTLEBORO, MA 02760  
Phone

| DESCRIPTION | AMOUNT |
|---|---|
| HO PROCURVE 3500YL 48 PORT POE SWITCH | $ 7,999.00 |
| BASIC INSTALLATION (2HRS) | 399.00 |
| **TOTAL** | **$ 8,398.00** |

Make all checks payable to **TRUE DATA INC.**

**THANK YOU FOR YOUR BUSINESS!**

MK001925