**Garland, Scott (USAMA)**

---

**From:** Heitkamp, Kenneth C. <Kenneth.Heitkamp@ic.fbi.gov>
**Sent:** Tuesday, October 23, 2012 8:47 AM
**To:** Garland, Scott (USAMA)
**Subject:** FW: Kuc

Scott,

This email from Long should explain your question from last night.

Ken H.

---

**From:** Robert_Long@Dell.com [mailto:Robert_Long@Dell.com]
**Sent:** Monday, August 13, 2012 11:26 AM
**To:** DeLair, Sarah
**Cc:** Heitkamp, Kenneth C.
**Subject:** FW: Kuc

FYI, information below. I hope this helps.

**Laptop,** Motherboard PPID, CN-0DT781-12961-92L-C3DC registered to service tag # 1PBJRJ1
    Keyboard PPID, CN-0DR160-12976-88K-4109-A00 registered to HGVKPH1
    Chassis PPID, CN-0KU190-72854-91M-211V not in our database
    Memory slot panel, CN-0UD790-71708-77A-DGFS not in our database
    Back of main chassis, CN-0KU184-12961-92L-6252 registered to 1PBJRJ1

    Tag #1PBJRJ1, Latitude D630, current status is warranty void (contact reseller):
    - Originally registered to Burton Snowboards from 4-24-09 to 4-27-12
    - Returned to Dell on 4-27-12
    - Sold to Laptop Maniac on 5/10/12, shipped to them on 5/15/12 via Dell Financial Services.

    Tag #HGVKPH1
    o Originally registered to Spartanburg Regional Med Center from 11-12-08 to 4-27-12
    o Returned to Dell on 4-27-12
    o Sold to Laptop Maniac on 5/10/12, shipped to them on 5/15/12 via Dell Financial Services

**Tower,** Motherboard PPID, CN-0F9394-13740-65R-00IN, 9T9Y3C1
    o Sold to CSC/General Dynamics in Sterling, VA on 11/17/06
    o No ownership transfers on record, but up-to-date address shows as Brandon Kinnas, 77 A Street, RXS05-06, Needham MA 02494. No phone number on record.

Robert Long
Global Parts Recovery Operations
**Dell** | Global Service Parts
**office** +1 512 723 4473,  **cell** +1 512 468 4537

Need to return or pay for a part in the US or Canada? Call 1-866-901-8629 or visit us on the web at:
http://support.dell.com/support/topics/topic.aspx/global/shared/support/dellcare/en/warranty_parts?c=us&cs=19&l=en



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/16/2012

   On August 10, 2012, ROBERT LONG, was telephonically contacted at his place of employment, Dell Inc., telephone number (512) 468-4537. Included in this conference call was Assistant United States Attorney (AUSA) Amy Burkart, AUSA Scott Garland, CART Forensic IT Specialist (ITS) Joseph Friesen, and SA Sarah De Lair. During the conference call, ITS Friesen identified the PPID's (piece part identification number) from two motherboards that were given to Attorney Robert Sheketoff by his client, Matthew Kuc. The two motherboards were subsequently provided to SA Sarah De Lair by Attorney Robert Sheketoff on 06/29/2012. LONG subsequently queried the Dell database to identify the ownership records of the corresponding PPID. A description of the item of evidence, the PPID's identified for each item of evidence and the results of the DELL database queries are listed below:

   1B48 evidence consists of a Motherboard located within a laptop chassis; No power cord provided. After a physical examination of 1B48 by ITS Friesen, no hard drive was located, a service tag # was not located on the exterior, and the back of the laptop was scratched and hard to read.

   Motherboard PPID, CN-0DT781-12961-92L-C3DC, was registered to service tag # 1PBJRJ1. According to DELL's database, service tag # 1PBJRJ1 is associated with a Latitude D630, and the current status is warranty void. This service tag was originally registered to Burton Snowboard from 04/24/2009 to 04/27/2012 and was returned to DELL on 04/27/2012 by Burton Snowboard. The item associated with this PPID was then sold to Laptop Maniac on 05/10/2012 and shipped on 05/15/2012 via Dell Financial Services.

   Keyboard PPID, CN-0DR160-12976-88K-4109-A00, was registered to service tag # HGVKPH1. According to DELL's database, service tag # HGVKPH1 was originally registered to Spartanburg Regional Medical Center from 11/12/2008 to 04/27/2012 and was returned to DELL on 04/27/2012. The item associated with this PPID was sold to Laptop Maniac on 05/10/2012 and shipped on 05/15/2012 via Dell Financial Services.

   Other PPID's identified on 1B48 evidence and database queries were as follows:

Investigation on  08/10/2012  at  Lakeville, Massachusetts, United States (Phone)

File #  272B-BS-102116                                           Date drafted  08/16/2012

by  DELAIR SARAH

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

272B-BS-102116

Continuation of FD-302 of  Telephone Conference                       , On  08/10/2012  , Page  2 of 2

-Chassis PPID, CN-0KU190-72854-91M-211V, not in DELL database.

-Memory slot panel, CN-0UD790-71708-77A-DGFS, not in DELL database.

-Back of main chassis, CN-0KU184-12961-92L-6252, registered to service tag # 1PBJRJ1.

    1B47 evidence consists of a Motherboard located within a computer tower (Dell); No power cord provided. After a physical examination of 1B47 by ITS Friesen, no hard drive was located, a printed label, service tag # 9T9Y3C1, was visible on the side of the computer tower.

    Motherboard PPID, CN-0F9394-13740-65R-00IN, was registered to service tag # 9T9Y3C1. According to DELL's database, service tag # 9T9Y3C1 was sold to CSC/General Dynamics in Sterling, Virginia on 11/17/2006. Records indicate that the item associated with service tag # 9T9Y3C1 is registered to Brandon Kinnas, 77 A Street, RXS05-06, Needham, MA 02494. DELL has not serviced or sent any parts for service tag # 9T9Y3C1.

**Administrative:** A CART Technical Service Request was submitted (copy attached) and requested that CART determine the serial numbers of the mother boards and video cards in the above mentioned laptop and computer tower.

# Garland, Scott (USAMA)

**From:** Heitkamp, Kenneth C. <Kenneth.Heitkamp@ic.fbi.gov>
**Sent:** Tuesday, September 18, 2012 11:02 AM
**To:** Burkart, Amy (USAMA)
**Cc:** Garland, Scott (USAMA)
**Subject:** RE: Activity in Case 1:11-cr-10014-DPW USA v. Kuc Notice of Rescheduling

Update:

The tower which was purchased by CSC/General Dynamics was donated by General Dynamics to the Andrews Middle School, located in Medford, MA, in 2010 or 2011 per General Dynamics records. Talked to the Principal at Andrews Middle School and he stated that it looks like General Dynamics donated this computer around February 2011 since he was able to locate a thank you letter, dated 02/22/11, from the prior Principal to General Dynamics. The Principal also stated that they purchased all new computers this summer and recycled all of their old computers. They gave all of their old computers to a company located in Brockton, MA called CRT Recycling. This company removed these computers in two phases, in mid May they took a bunch of these old computers and in August they took the rest of these computers. Going to visit CRT Recycling, to see if Matthew purchased this tower from them.

As for the Maniac, no news from him. Will reach out to him again to see how he is doing.

## Garland, Scott (USAMA)

**From:** Heitkamp, Kenneth C. <Kenneth.Heitkamp@ic.fbi.gov>
**Sent:** Thursday, October 18, 2012 3:47 PM
**To:** Garland, Scott (USAMA); Burkart, Amy (USAMA)
**Subject:** RE: Dell Precision 690

Just received this today and will writing up a report ASAP.

From the best I can tell, this computer tower is the computer tower which Dell sold to CSC/General Dynamics on 11/17/2006. Per General Dynamics, they donated this computer tower to the Andrews Middle School in Medford, MA, in February 2011. Per the Andrews Middle School, they recycled this computer with CRT Recycling located in Brockton, MA, in May 2012. When I contacted CRT Recycling concerning this computer tower, the owner advised that CRT Recycling does resell some of the computers they receive, but almost all of these sales are done through their eBay store. The owner also advised that they might sell a few computers, out of their Brockton, MA, location, but this was very rare. Showed Kuc's photo to the individuals working at CRT Recycling and no one recognized Kuc. Looked through their "sales records" for walk-ins and we were not able to find any computer sales during the months of April – July 2012. Had them search their eBay store for any Dell Precision 690 that they might have sold since April 2012 and this came back negative (could only go back 90 days). They were then going to check with PayPal, for this sale, and this is what they provided me today.

I do not know who geex247@gmail.com is.

From the PayPal records, "Tadeusz Kuc" of 36 Laurelwood Drive, North Attleboro, MA, purchased this computer on my birthday, 06/19/2012. Somehow, Kuc received this computer tower in time to have it at Sheketoff's office by 06/21/2012, when SA De Lair went to his office and took pictures of this tower.

---

**From:** Garland, Scott (USAMA) [mailto:Scott.Garland@usdoj.gov]
**Sent:** Thursday, October 18, 2012 1:32 PM
**To:** Heitkamp, Kenneth C.; Burkart, Amy (USAMA)
**Subject:** RE: Dell Precision 690

Thanks. Very interesting. Do you have a 302 that explains what this is, who provided it to you, who geex247@gmail.com is, and whether and how this corresponds to one of the Dell's at issue concerning the obstruction of justice?

---

**From:** Heitkamp, Kenneth C. [mailto:Kenneth.Heitkamp@ic.fbi.gov]
**Sent:** Thursday, October 18, 2012 1:29 PM
**To:** Burkart, Amy (USAMA)
**Cc:** Garland, Scott (USAMA)
**Subject:** Dell Precision 690

The best I can do.

Still no luck with the Maniac.

1

Hotmail Print Message

Page 1 of 2

# Item #130701267412 Instant payment received from geex-247 (geex247@gmail.com)

From: **sendmail@paypal.com** on behalf of **geex247@gmail.com** (geex247@gmail.com)
Sent: Wed 6/20/12 8:48 AM
To: C.R.T.R. INCORPORATED (tcwitherell@hotmail.com)

**PayPal**

Jun 20, 2012 05:48:16 PDT
Transaction ID: 5UR929492M791033M

Hello C.R.T.R. INCORPORATED,

You received a payment of $189.99 USD from geex-247 (geex247@gmail.com)

Thanks for using PayPal. You can now ship any items. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

**Seller Protection** - Eligible

---

**Buyer**
Tadeusz Kuc
geex-247
geex247@gmail.com

**Shipping address** - confirmed
Tadeusz Kuc
36 Laurelwood Dr
North Attleboro, MA 02760-2703
United States

**Note to seller**
The buyer hasn't sent a note.

**Shipping details**
You haven't added any shipping details.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Dell Precision 690 2x 2.66 GHz Zeon Dual Core Processors 1 GB DVD RW <br> Item# 130701267412 | $189.99 USD | 1 | $189.99 USD |



| | |
|---|---|
| Shipping and handling | $0.00 USD |
| Total | $189.99 USD |
| Payment | $189.99 USD |

Payment sent to tcwitherell@hotmail.com

? Questions? Go to the Help Center at: www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

PayPal Email ID PP753

http://bl170w.blu170.mail.live.com/mail/PrintMessages.aspx?cpids=41c02bbf-b...

Windows Live™  Hotmail (999+)  Messenger (0)  SkyDrive | MSN   Thomas

### Hotmail
**Inbox (50117)**

Folders
**Junk (4)**
Drafts
Sent
Deleted
Search Results
New folder

Quick views
Documents
Flagged (1)
**Photos (18)**
**Shipping updates (12...**
New category

Messenger

You're signed in to Messenger. To change your status, click your name in the upper right corner.
Keep me signed in | Sign out of Messenger

Search contacts
Your friends are offline right now.
Sign out of Messenger

Home
Contacts
Calendar



---

New | Reply  Reply all  Forward | Delete  Junk  Sweep ▾  Mark as ▾  Move to ▾  Categ

**Your eBay item sold! Dell Precision 690 2x 2.66 GHz Zeon Dual Core Processors 1 GB DVD RW (130701267412)**   Back to messages

  eBay  Add to contacts      6/19/12
To tcwitherell@hotmail.com     Reply ▾

eBay sent this message to Thomas Witherell (crtrelec
Your registered name is included to show this message orig
from eBay. Learn more.

## Congratulations, your item sold-get ready ship!

Hi crtrelectronics,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

As soon as buyer pays

**Print Ship Label**

**3 reasons to print your label on eBay:**
1. Get discounted rates for shipping.
2. eBay label printing service is FREE!
3. Tracking information is uploaded automatically to My eBay and an email is sent to your buyer that their shipment is on the way.

If you don't use eBay label printing, upload your tracking information manually.

  Dell Precision 690 2x 2.66 GHz Zeon Dual Core Processors 1 GB DVD RW
End time: Jun-19-12 16:52:49 PDT
**Sale price:** $189.99
Quantity: 1
Quantity sold: 1
0