UNITED STATES GOVERNMENT DISTRICT COURT
DISTRICT OF MASSACHUSETTS FILED
IN CLERKS OFFICE

| | | |
|---|---|---|
| UNITED STATES | § | 2012 OCT 24  P 12: 14 |
| | § | CASE #11-CR-10014-DPW-1 |
| | § | U.S. DISTRICT COURT |
| v. | § | DISTRICT OF MASS. |
| | § | |
| MATTHEW J. KUC | § | Date: October 20th, 2012 |

## MOTION FOR RETURN OF PERSONAL PROPERTY RULE 41 (e)

In Pursuant of Rule 41 (e)

The Following Items:

| | |
|---|---|
| APPLE  IPhone 3GS | HP Desktop |
| DELL Latitude D630 Laptop | SUPER MICRO Custom Server |
| DELL Latitude E4400 Laptop | CHENBRO Custom Workstation |
| DELL Precision 690 Workstation | DELL OptiPlex Desktop |
| DELL Precision T7400 Workstation | CISCO VoIP Telephones |
| DELL Precision T5500 Workstation | HP Network Switches |
| DELL PowerEdge 2900 Server | 3COM Network Switches |

*Respectfully Submitted,*

Matthew Kuc
ID # 93655038
Unit K-30
D.W.W.D.F
950 High Street
Central Falls, RI 02863

Sign _____

Date **20 OCT 12** _____