UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  11-10014-DPW |
| | ) | |
| | ) | |
| MATTHEW KUC | ) | |

**MOTION TO CONTINUE SENTENCING DATE**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to continue the sentencing date in this case from October 25, 2012 to a date at least two weeks thereafter.  In support thereof the defendant says that the additional time is reasonably necessary to properly prepare to meet the government's presentation on the obstruction of justice issue.

The government assents to this motion.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449


**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 24th day of October, 2012 on A.U.S.A Scott Garland.

/s/ Robert Sheketoff
Robert Sheketoff