UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Case No. 11-CR-10014-DPW |
| MATTHEW J. KUC,<br>            Defendant. | |

## GOVERNMENT'S OPPOSITION IN PART AND ASSENT IN PART TO MOTION FOR RETURN OF PERSONAL PROPERTY RULE 41(E)[1]

The United States opposes in part and assents in part to Kuc's motion to return the property listed in his motion.

The United States will return Kuc's Apple iPhone 3GS, his Super Micro Custom Server, his Chenbro Custom Workstation, and his Cisco VoIP telephones. To the United States' knowledge, none of this equipment was manufactured or distributed by the computer companies identified as victims at trial or in the PSR. Although the United States could seek to forfeit this equipment, it elects not to do so.

The United States opposes returning to Kuc the remaining equipment listed in his motion, all of which was manufactured or distributed by Dell, HP, and 3Com. These are the computer companies identified as victims at trial and in the PSR. Because Kuc was convicted of running a long-running and pervasive fraud against these companies, there is sufficient evidence on the record to conclude that this equipment was obtained from the victims by fraud. As such, this equipment should be returned to the victims as part of an order of restitution. *See* 18 U.S.C. § 3664(b)(1)(A) ("The order of restitution shall require that such defendant — (1) in the case of an

---

[1] The United States responds to this motion as if it had been brought under Fed. R. Crim. P. 41(g) ("Motion to Return Property") rather than Rule 41(e) ("Issuing the Warrant").

offense resulting in . . . loss . . . of property of a victim of the offense — (A) return the property to the owner of the property or someone designated by the owner . . .").

If Kuc can provide proof that he bought the listed equipment rather than obtained it by fraud, the United States will assent to its return.

                                                     Respectfully submitted,

                                                     CARMEN M. ORTIZ
                                                     United States Attorney

                       By:     */s/ Scott L. Garland*
                                 Scott L. Garland
                                 Amy Harman Burkart
                                 Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system and sent thereby to the registered participants as identified on the Notice of Electronic Filing.

                                             */s/ Scott L. Garland*
                                             Scott L. Garland
                                             Assistant United States Attorney

Date:   November 7, 2012