UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cr. No.  11-10014-DPW |
| ) | |
| ) | |
| MATTHEW KUC  ) | |

**MEMORANDUM RE: GUIDELINE ISSUES**

**A. Relocation Of Scheme To Another Jurisdiction**

Guideline § 2B1.1(b)(10)(A) provides a two-level increase to the offense level if the defendant relocated a fraudulent scheme to another jurisdiction to evade law enforcement.  The government's evidence at trial indicated that the defendant avoided internal detection by computer companies with very minor changes to the addresses that he was using, and by having more than one address.  In fact throughout the period of time at issue he used four different physical addresses, including the Rhode Island UPS address.  There are a million reasons why the defendant would choose a UPS store that was not the closest one to his home and none of those reasons have anything to do with evading law enforcement.  In this case the UPS store was on the way to his then girlfriend's home.  The UPS mail drop was in his real name and he used his real identification to secure it.  This address was more tied to him than at least one of the other addresses he was using.  He did not relocate his scheme and he did not pick the Rhode Island location to evade law enforcement. See and compare *United States v. Savarese*, 686 F.3d 1 (1st. Cir. 2012) (two hubs, one of which moved across jurisdictions with primary intent to evade law enforcement).

**B. Obstruction Of Justice**

The Dell representative testified at trial that there was a web cite that purported to be able to change the electronic tag number on a Dell motherboard, but he had never tested it to see if it actually could do so. Apparently, this remains the state of the evidence since the government has not proffered anything additional on this point.

The government has made available for inspection by the defense the two motherboards at issue here. The "imbedded" identifying numbers on the mother boards are simply labels that can be peeled on or off.

        Respectfully submitted,
        By his attorney,

        /s/ Robert Sheketoff
        Robert Sheketoff
        BBO# 457340
        One McKinley Square
        Boston, MA 02119
        (617)-367-3449

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 19th day of November, 2012 on A.U.S.A Scott Garland.

        /s/ Robert Sheketoff
        Robert Sheketoff