**Honorable Judge Douglas Woodlock**
**U.S. District Court**
**District of Massachusetts**

Your Honor,

My name is Matthew J Kuc and my case has been assigned to you in the court of law. I reside at 36 Laurelwood Drive, North Attleboro, and I am currently being detained at Donald W Wyatt Detention Facility in Central Falls, Rhode Island. I am respectfully and genuinely reaching out to you in hopes of providing you with some insight as to the person I am and how my case has affected me and my family. I hope this letter serves its purpose.

Putting my case aside, I would like for your honor and the court to know that in my thirty-three years of age I have lived nothing but and honorable life. I have solely been dedicated to taking care of my parents since they are the only family that I have. In addition, I have served in the United States Army, contributed to different charities, and been an active part of my local community. I have never purposely intended to commit a crime nor have I ever intended to be in this position with the law. The outcome of my actions and my case has taken a great toll on myself, and especially my family who I care and love very much. The lifestyle I have lived in the recent years is not the reflection of the person I am. I am not able to offer you an explanation as to my current position in front of the court, but I would like to offer you some deep thoughtful self reflection in that the fast lifestyle, my young age, as well as substance abuse and dependency on drugs and alcohol has majorly affected my rationale, and have contributed to my current situation.

Your Honor, I have had the opportunity to review the Pre Sentencing Memorandum from the Prosecution related to my case. It is very important for me to express how I feel about it. I am a first time offender with no prior convictions, and I would like for you to understand that my past choices and behavior will NOT designate the person that I will be in the future.

I am a young man who is trying to built his future in a respectable manner and be the person that I have been the majority of my life. My previous mistakes do not and will not dictate who I will be in the future. I am hoping you would grant me a lenient sentence so that I can prove to your honor and everyone around me that I can be an asset to my family and the community, as this is the person that I was raised to be.

I sincerely and truthfully PLEAD with you to offer me a second chance to prove to you and the court of law that I can be a very productive member of the society as well as my family. I guarantee you that I am determined to never in the future stand in front of you and the court regarding similar matters. I am aware of my guilty conviction and I would like to officially offer my apologies to the companies and individuals affected by my actions.  As a result of this, I am willing to do multiple years of supervised release and up to ten years of probation and supervision to prove my genuine intent of respectable behavior and show that I will never in the future put myself in these troubling circumstances. Please consider my letter for your review.

Truly and Sincerely,

*Matthew Y. Kuc*
*23rd Nov, 2012*