## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | Case No.  11–CR-10014-DPW |
| **MATTHEW J. KUC,** | |
| **Defendant** | |

## GOVERNMENT'S MOTION TO DISMISS COUNTS 1-6
## OF THE ORIGINAL INDICTMENT

Defendant Matthew Kuc having been convicted at trial and sentenced today on Counts 1, 2, 4, 5, 6, and 7 of the Superseding Indictment, the United States Attorney hereby moves to dismiss Counts 1 through 6 of the original indictment, pursuant to Fed. R. Crim. P. 48(a).

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney


By:    */s/ Scott L. Garland*
        Scott L. Garland
        Amy Harman Burkart
        Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                             */s/ Scott L. Garland*
                                             Scott L. Garland
                                             Assistant U.S. Attorney

Dated: December 3, 2012