UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW J. KUC,<br><br>Defendant | Case No. 11–CR–10014-DPW |

### GOVERNMENT'S MOTION TO DISMISS COUNTS 1-6 OF THE ORIGINAL INDICTMENT

Defendant Matthew Kuc having been convicted at trial and sentenced today on Counts 1, 2, 4, 5, 6, and 7 of the Superseding Indictment, the United States Attorney hereby moves to dismiss Counts 1 through 6 of the original indictment, pursuant to Fed. R. Crim. P. 48(a).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Scott L. Garland
Scott L. Garland
Amy Harman Burkart
Assistant U.S. Attorneys

ALLOWED, Douglas P. Woodlock
U.S.D.J.