UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 11-10014-DPW |
| | ) | |
| MATTHEW KUC | ) | |

**NOTICE OF APPEAL**

Now comes the defendant Matthew Kuc and respectfully notes his appeal to the United States Court of Appeals for the First Circuit from the judgment and sentence imposed by this Honorable Court on December 7, 2012.

          Respectfully submitted,
          By his attorney,

          /s/ Robert Sheketoff
          Robert Sheketoff
          BBO# 457340
          One McKinley Square
          Boston, MA 02119
          (617)-367-3449

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 12th day of December, 2012 on A.U.S.A Scott Garland.

          /s/ Robert L. Sheketoff
          Robert L. Sheketoff