# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

---

Case Caption: United States of America v. Matthew J. Kuc

District Court Number: 11-cr-10014

---

Fee:   Paid?   Yes  **X**   No  ____   Government filer  ____   *In Forma Pauperis*   Yes  ____   No  **X**

---

Motions Pending    Yes ____  No **X**          Sealed documents    Yes **X**  No ____
*If yes, document #*  _____            *If yes, document #*  82, 86

*Ex parte* documents  Yes ____  No **X**      Transcripts         Yes ____  No **X**
*If yes, document #*  _____            *If yes, document #*  _____

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent **X**   Other: ____

Appeal from:    #92 Judgment

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 93, filed on 12/12/2012.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 12/12/2012.

**SARAH ALLISON THORNTON**
Clerk of Court

Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**