```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


THE UNITED STATES OF AMERICA      )
                                  )
                                  )
                                  )
vs.                               ) No.
                                  ) 1:11-cr-10014-DPW-1
                                  )
MATTHEW J. KUC,                   )
                                  )
              Defendant.          )


BEFORE:  THE HONORABLE DOUGLAS P. WOODLOCK


                HEARING ON BAIL REVOCATION



       John Joseph Moakley United States Courthouse
                     Courtroom No. 1
                    One Courthouse Way
                    Boston, MA 02210
                   Friday, June 29, 2012
                         9:20 a.m.




           Brenda K. Hancock, RMR, CRR
              Official Court Reporter
       John Joseph Moakley United States Courthouse
                    One Courthouse Way
                    Boston, MA 02210
                     (617)439-3214
```

```
 1   APPEARANCES:

 2        UNITED STATES ATTORNEY'S OFFICE
          By:  AUSA Amy H. Burkart
 3             AUSA Scott Garland
          Suite 9200
 4        Boston, MA 02210
          On behalf of the United States of America
 5
          ROBERT L. SHEKETOFF, ESQ.
 6        One McKinley Square
          Boston, MA 02109
 7        On behalf of the Defendant.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S:
 2           THE CLERK:  All rise.
 3    (The Honorable Court entered the courtroom at 9:20 a.m.)
 4           THE CLERK:  This Honorable Court is now in session.
 5   You may be seated.
 6           This is Criminal Action 11-10014, the United States
 7   versus Matthew Kuc.
 8           THE COURT:  Well, Mr. Sheketoff, is there evidence
 9   that these pieces of equipment were sent back?
10           MR. SHEKETOFF:  He came in jeans today.
11           THE COURT:  Pardon?
12           MR. SHEKETOFF:  He came in jeans today.
13           If I can find such evidence, I will make a motion to
14   the Court, but for today we are conceding that we don't have
15   it.
16           THE COURT:  All right.  Well, it seems to me, then,
17   that there is really no basis for me to find by clear and
18   convincing evidence that the defendant can be permitted to be
19   at large; that is, that the evidence as it stands right now
20   indicates that the defendant continued in the course of conduct
21   that made him adjudged guilty before the jury yesterday, so I
22   revoke his bail.
23           MR. SHEKETOFF:  I just want to bring to the Court's
24   attention, and if there is a Marshal in the room, that he has
25   had a persistent hemoglobin problem that they noticed when he
```

1  was first arrested at the jail.  He gets a transfusion every
2  six to eight months.  His hemoglobin is very low right now.  I
3  just hope whatever facility it is will be made aware of this
4  problem and act accordingly.
5          THE COURT:  Well, what I am going to ask you to do is
6  at the conclusion of this hearing take Mr. Kuc down to the
7  Marshals, and they will take custody of him downstairs in the
8  Marshal's Office.
9          Are they here?  I am sorry, I did not see them.
10         I think that you should apprise the Marshals
11 directly -- I know the two Marshals heard your comments about
12 the medical needs -- to bring it to the attention of the
13 facility that is holding him.
14         Now, we have the question of forfeiture.  How do you
15 propose to deal with that?
16         MS. BURKART:  Your Honor, Veronica Lei of our Asset
17 Forfeiture Department Crimes Unit will be handling the
18 forfeiture end of the case, and she would like to be in touch
19 about how that will go forward.
20         THE COURT:  I would like within -- next week is a
21 holiday weekend, but by, let us say, Tuesday, July 10th, a
22 proposal for what the procedures would be, that sort of thing,
23 and she should consult with Mr. Sheketoff about that and see
24 how we proceed on that aspect of the case.
25         Now, there is one other aspect, which is the question

1   of the proffered computers, which, as I indicated, is a matter
2   that raises questions of obstruction to me, and I want to
3   understand where that is going.  That is on two grounds, quite
4   independently of pursuit by the United States Attorney's
5   Office, but also for purposes of sentencing.
6           MR. SHEKETOFF:  The Government has made arrangements
7   for the FBI to pick up those computers from my office this
8   morning.
9           THE COURT:  All right.  So, I will assume, then, in
10  good time there will be some sort of report with respect to
11  that.  I might suggest that ten months is not good time.
12          MR. GARLAND:  We will tell the FBI.  In fact, we will
13  probably ask Mr. Velasco to take a look at the computers, and
14  we will tell him that we need that because there is going to be
15  a sentencing scheduled for September 21st and the Court's going
16  to want to know that before.
17          THE COURT:  Right, and I want it sufficiently before
18  so that there is a notice and opportunity to be heard.
19          MR. GARLAND:  Yes, your Honor.
20          THE COURT:  Anything else we need to take up?
21          MR. GARLAND:  No, your Honor.  We have evidence that
22  we would have proffered this morning if there were a detention
23  hearing.  We will hold onto it in case --
24          THE COURT:  It does not appear to be necessary at this
25  point.  If there is a further hearing, we will deal with it at

1    that point.
2         But Mr. Kuc is remanded to the custody of the Attorney
3    General.
4         We will be in recess.
5         THE CLERK:  All rise.
6    (The Honorable Court exited the courtroom at 9:25 a.m.)
7     (WHEREUPON, the proceedings adjourned at 9:25 a.m.)

C E R T I F I C A T E

I, Brenda K. Hancock, RMR, CRR and Official Reporter of the United States District Court, do hereby certify that the foregoing transcript constitutes, to the best of my skill and ability, a true and accurate transcription of my stenotype notes taken in the matter of United States of America v. Matthew Kuc, No. 1:11-cr-10014-DPW-1.

Date:   February 19, 2013          /s/ *Brenda K. Hancock*
                                   Brenda K. Hancock, RMR, CRR
                                   Official Court Reporter