UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 11-10014-DPW

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) |
| | ) |
| Matthew J. Kuc | ) |
| | ) |

**NOTICE OF APPEARANCE AND**
**AND CERTIFICATE OR SERVICE**

I, Laurence K. Richmond hereby enter my appearance on behalf of Tadeusz and Zofia Kuc, *sureties* for the above named Defendant Matthew J.Kuc.

                                            Tadeusz and Zofia Kuc
                                            By their attorney,

                                            /s/ Laurence K. Richmond

                                            Laurence K. Richmond (BBO No. 564920)
                                            Richmonds & Co., LLC
                                            44 Washington Street, Suite 150
                                            Wellesley Hills, MA 02481
                                            (ph) (781) 235-9600

Monday, April 01, 2013

I, Laurence K. Richmond, counsel for the above moving parties hereby swear under pains and penalties of perjury that I have served a copy of this motion on all parties of interest via the email addresses found on the Court's ECF online filing system.

                                            /s/ Laurence K. Richmond