## DISCHARGE OF MORTGAGE

I, ROBERT M. FARRELL, Acting Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Taduesz Kuc and Zofia Kuc to the Clerk of the United States District Court for the District of Massachusetts, for property located at 36 Laurel Wood Drive, N. Attleboro, MA, dated December 20, 2010 recorded in the official records book of BRISTOL COUNTY REGISTRY OF DEEDS in Book 10243 Page 37 acknowledge satisfaction of the same and hereby DISCHARGE said mortgage.

Witness my hand and seal this TWENTY SECOND day of MAY, 2013.

*Robert M. Farrell*
ROBERT M. FARRELL
Acting Clerk
United States District Court
District of Massachusetts



COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this TWENTY SECOND day of MAY, 2013, before me, the undersigned notary public, personally appeared ROBERT M. FARRELL, Acting Clerk of Court, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document in my presence.

Notary Public
My commission expires:

TRACY J. MCLAUGHLIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 18, 20__