# United States Court of Appeals
## For the First Circuit

No. 12-2496

UNITED STATES OF AMERICA,

Appellee,

v.

MATTHEW J. KUC,

Defendant, Appellant.

**JUDGMENT**

Entered: December 10, 2013

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Matthew J. Kuc's motion for a judgment of acquittal is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Ms. Burkhart, Ms. Chaitowitz, Mr. Curhan, Mr. Foster, Mr. Garland, Mr. Fallon, Ms. Lei, Mr. Atwell, Mr. Quinlivan, Ms. Walters & APC Co.