UNITED STATES DISTRICT COURT
DISTRICT OF BOSTON

UNITED STATES OF AMERICA,
    *Plaintiff,*

Vs.                                         CASE NO. 1:11-cr-10014-DPW-1

MATTHEW KUC,
    *Defendant.*
_____/

**DEFENDANT'S MOTION FOR ACCESS TO
PRESENTENCE INVESTIGATION REPORT
WITH MEMORANDUM OF LAW**

Defendant, Matthew Kuc, by and through his undersigned counsel, respectfully moves this honorable Court for an Order granting counsel access to the presentence investigation report (PSR) in this case. As reasons and grounds, Defendant states:

1. Undersigned counsel has been retained to provide the defendant with advice, counsel, and post-conviction representation.

2. As such, counsel requires access to the PSR in furtherance of such representation.

3. Counsel is aware of the unique and confidential character of the PSR and will not disclose or disseminate it to any other party.

> PSRs are "confidential internal Court document[s] to which the public has no right of access." Likewise, under 18 U.S.C. § 3552(d) (West 2000) and Federal Rule of Criminal Procedure 32(e)(2), **PSRs are to be provided only to defendant, the defendant's counsel, and the attorney for the government.**

*In Re Brock,* 262 Fed. Appx. 510, 511 (4th Cir. 2008)(emphasis added).

WHEREFORE, it is respectfully prayed that an Order issue directing the US Probation Office to transmit a copy of defendant's PSR to undersigned counsel of record.

*10/29/14 - ALLOWED, Attorney Gordon appearing as counsel of record for the defendant.*

*Douglas P. Woodlock, U.S.D.J.*