UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>             v.<br><br>**MATTHEW J. KUC,**<br><br>             **Defendant.** | **Criminal Case No. 11-CR-10014-DPW** |

## ASSENTED-TO MOTION TO
## CONTINUE THE GOVERNMENT'S DEADLINE TO RESPOND

The United States, with Defendant's assent, moves this Court to continue the deadline for the government's response to Defendant's motion under 28 U.S.C. § 2255 from December 3, 2014, to December 19, 2014. The United States seeks this continuance because Defendant's motion raises involved points that require an extensive review of the record and a consideration of whether to ask the Court for a ruling that Defendant has waived the attorney-client privilege on several points, and the Assistant United States Attorney who is handling this matter was out of town half of last week on previously-scheduled business travel and will be travelling out of town half of this week for the holiday. The United States has begun working on this, but requires additional time.

                                                                Very truly yours,

                                                                CARMEN M. ORTIZ
                                                                United States Attorney

                                                        By:    */s/ Scott L. Garland*
                                                                Scott L. Garland
                                                                Amy Harman Burkart
                                                                Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document is being filed through the ECF system and therefore will be sent to the registered participants electronically.

                                                             */s/ Scott L. Garland*
                                                             Scott L. Garland
                                                             Assistant United States Attorney

Date: November 24, 2014